# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH+
ROBERT K. PEARCE
THEODORE J. TACCONELLI*
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS**
STEVEN G. WEILER++
THOMAS R. RIGGS

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DiSABATINO
(1938-2001)

May 20, 2005

**BY HAND DELIVERY**

The Honorable Sue L. Robinson, Chief Judge
United States District Court
844 N. King Street, Room 6124
Wilmington, DE 19801

   RE:   Lernout & Hauspie Speech Products N.V. v. KPMG LLP
         C.A. No.: 04-1330-SLR

Dear Chief Judge Robinson:

   On November 30, 2004, a Discovery Plan and Scheduling Order (the "Order") was entered in the above referenced action. Among other things, the Order set May 31, 2005 as the deadline for the completion of fact discovery. The parties have since agreed to extend that May 31, 2005 deadline for forty-five (45) days until July 15, 2005.

   If Your Honor has any questions regarding such extension, counsel will be available at the convenience of the Court.

                                                    Respectfully,

                                                    Lisa L. Coggins

cc:  Scott G. Klein, Esq.
     Brett D. Fallon, Esq.
     Michael P. Carroll, Esq.