# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER ++
THOMAS R. RIGGS

TELEFAX
(302) 575-1714

www.ferryjoseph.com

ARTHUR F. DISABATINO
(1938-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

May 20, 2005

**BY HAND DELIVERY**

The Honorable Sue L. Robinson, Chief Judge
United States District Court
844 N. King Street, Room 6124
Wilmington, DE 19801

    RE:    Lernout & Hauspie Speech Products N.V. v. KPMG LLP
            C.A. No.: 04-1330-SLR

Dear Chief Judge Robinson:

Earlier today you received a letter from Lisa Coggins of my office regarding an agreement among the parties to extend the fact discovery deadline for a period of forty-five (45) days. Unfortunately, this was incorrect as the parties have agreed to extend all of the discovery deadlines by a period of forty-five (45) days.

I apologize for any inconvenience and if Your Honor has any questions regarding this extension, counsel will be available at the convenience of the Court.

Respectfully,

Theodore J. Tacconelli

cc: Scott G. Klein, Esq.
     Brett D. Fallon, Esq.
     Michael P. Carroll, Esq.