## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | : : | Case No. 00-04398 (JHW) |
| | : | (Jointly Administered) |
| Debtor. | : | |
| _____ | : : | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | : : | Adv. No. 02-6910 (JHW) |
| | : | |
| Plaintiff, | : : | |
| v. | : | Civil Action No. 04-1330-SLR |
| | : | |
| KPMG, LLP, | : : | |
| Defendant. | : | |

### ORDER

At Wilmington this **13th** day of **June, 2005**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, June 22, 2005 beginning at 10:00 a.m. is canceled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE