# FERRY, JOSEPH & PEARCE, P.A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899
———
(302) 575-1555

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS **
STEVEN G. WEILER++
THOMAS R. RIGGS

TELEFAX
(302) 575-1714
———

www.ferryjoseph.com
———

ARTHUR F. DISABATINO
(1938-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

September 9, 2005

**BY HAND DELIVERY**

The Honorable Sue L. Robinson, Chief Judge
United States District Court
844 N. King Street, Room 6124
Wilmington, DE 19801

> RE:   **Lernout & Hauspie Speech Products N.V. v. KPMG LLP**
> **C.A. No.: 04-1330-SLR**

Dear Chief Judge Robinson:

The above referenced matter is scheduled for a pre-trial conference on September 20, 2005 and a subsequent trial commencing on September 30, 2005. This letter is to advise the Court that this matter has been settled and, as such, may be removed from the Court's calendar.

If Your Honor has any questions regarding this matter, counsel will be available at the convenience of the Court.

Respectfully,

Lisa L. Coggins

cc: David W. Trench, Esq.
    Brett D. Fallon, Esq.
    Michael P. Carroll, Esq.