IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | ) ) ) | Case No. 00-04398 (JHW) |
| | ) | |
| Debtor, | ) ) | |
| LERNOUT & HAUSPIE SPEECH PRODUCTS N.V., | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Adv. No. 02-6910 (JHW) |
| v. | ) ) | |
| KPMG LLP, | ) ) | |
| | ) | C.A. No. 04-1330-SLR |
| | ) ) | |
| Defendant. | ) ) | |

**STIPULATION AND ORDER FOR DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO BANKRUPTCY RULE 7041**

The Parties to the above-captioned adversary proceeding hereby stipulate that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), made applicable by Federal Rule of Bankruptcy Procedure 7041, with each party to bear its own fees and costs incurred in this action.

(Signature Page to Follow)

David W. Trench, Esquire
Nathan G. Mancuso, Esquire
BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
2500 Wachavia Center
200 South Biscayne Boulevard
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

-and-

FERRY JOSEPH & PEARCE, P.A.

*/s/ Lisa L. Coggins*
Theodore J. Tacconelli (DE 2678)
Lisa L. Coggins (DE 4234)
824 Market Street, Suite 904
Wilmington, DE 19801
Telephone:   (302) 575-1555
Facsimile:   (302) 575-1714

Dated: 1/26, 2006

Co-counsel for Plaintiff Scott L. Baena,
Litigation Trustee

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

*/s/ Brett D. Fallon*
Brett D. Fallon (DE I.D. 2480)
Douglas N. Candeub (DE I.D. 4211)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
Telephone:   (302) 888-6800

Counsel for Defendant KPMG LLP

Dated: January 25, 2006